LEROY J. YOUNG *v.* METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 107 (AC 18202), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Roger Sullivan,* in support of the petition.

Decided November 16, 2000